No. 242. BAILESS, COUNTY TREASURER, ET AL. *v.* PAU-KUNE. Supreme Court of Oklahoma. Certiorari granted. *R. L. Lawrence* and *R. F. Barry* for petitioners. *Reford Bond, Jr.* for respondent.

No. 253. UNITED STATES *v.* CERTAIN PARCELS OF LAND IN THE COUNTY OF FAIRFAX, VIRGINIA, ET AL. C. A. 4th Cir. Certiorari granted. *Solicitor General Perlman* for the United States. *Joseph W. Wyatt* and *Frederick A. Ballard* for respondents.

No. 53. AMERICAN NEWSPAPER PUBLISHERS ASSOCIA-TION *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari granted limited to question No. 2 presented by the petition for the writ, *i. e.:*

"Whether the demand and insistence of the International Typographical Union that publishers pay employees in their composing rooms for setting 'bogus' violated Section 8 (b) (6) of the National Labor Relations Act in view of the fact that composing room employees perform no service incident or essential to the production of a newspaper in their handling of such 'bogused' material."

*Elisha Hanson, William K. Van Allen* and *Arthur B. Hanson* for petitioner. *Solicitor General Perlman, George J. Bott, David P. Findling, Mozart G. Ratner* and *Bernard Dunau* filed a memorandum for respondent, stating that counsel do not oppose the grant of the petition limited to the question of the interpretation of § 8 (b) (6) of the National Labor Relations Act.

No. 87. UNITED STATES *v.* RUMELY. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. MR. JUSTICE BURTON and MR. JUS-TICE MINTON took no part in the consideration or decision